UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TONY POWELL, JR.,

        Petitioner,

v.                                         Case No. 21-cv-607-pp

DYLON RADTKE,

        Respondent.

---

**ORDER REQUIRING PETITIONER TO FILE TRUST ACCOUNT STATEMENT**

---

On May 31, 2021, the petitioner, who is incarcerated at Green Bay Correctional Institution and representing himself, filed a petition for writ of *habeas corpus* under 28 U.S.C. §2254, challenging his 2018 convictions in Milwaukee County for first-degree reckless homicide as party to a crime and use of a dangerous weapon. Dkt. No. 1 at 2. There is a $5.00 filing fee for filing a *habeas* petition. 28 U.S.C. §1914(a). On May 27, 2021, the petitioner filed a motion asking the court to allow him to proceed without prepaying that fee. Dkt. No. 5. The petitioner filed his motion using the court's form, which directed him to "[a]ttach a certified copy of [his] prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of [his] account." Id. at 1. The petitioner did not provide the trust account statement with his motion. Without the trust account statement, the court does not have enough information to

1

rule on the petitioner's motion. The court will order the petitioner to file his trust account statement by the end of the day on **August 6, 2021**.

The court **ORDERS** the petitioner to file a trust account statement showing transactions for the six months prior to the date he filed his petition (November 2020 through April 2021) in time for the court to *receive* it by the end of the day on **August 6, 2021**. If the court does not receive the petitioner's six-month trust account statement by the end of the day on August 6, 2021, the court will deny the motion and require the petitioner to pay the filing fee in full before the court will consider his petition.

Dated in Milwaukee, Wisconsin this 19th day of July, 2021.

BY THE COURT:

_____
**HON. PAMELA PEPPER
Chief United States District Judge**